IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARJAN SHARIFI,** | * |
| Plaintiff, | * |
| v. | * Civ. No.: MJM-24-171 |
| **UNIVERSITY OF MARYLAND, BALTIMORE,** | * |
| Defendant. | * |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this  21st  day of June, 2024, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Defendant's Motion to Dismiss (ECF 6) IS GRANTED;

2. The Complaint IS DISMISSED without prejudice;

3. The Clerk SHALL CLOSE this case.

Matthew J. Maddox
United States District Judge