FILED: December 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1652
(1:24-cv-00171-MJM)

_____

MARJAN SHARIFI

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND, BALTIMORE

    Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk